IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00203-LTB

IMAM MUHAMMAD ABDULLAH,

     Plaintiff,

v.

HAWITT,
C. O. MENDINA,
T. TIAGIO,
C. O. NORTON,
WARDEN BERKEBILE,
CAPT. CHRIS,
CHARLES SAMUELS,
LT. SHORTIS,
C. O. GONZALEZ,
C. O. KNOX,
C. O. MASSEY,
C. O. MAMOUD,
C. O. BREAM,
C. M. SUDLOW,
P. A. OSAGIE,
MADISON,
WHITEHOUSE,
C. O. ARRIGON,
C. O. MINOZ,
KIT. SUPERVISOR SACANA,
C. O. MONDAY,
C. O. COLLINS, and
MUHATO,

     Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 6, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 6 day of March, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/  S. Grimm
    Deputy Clerk